# Exhibit 1

Case 7:21-cv-00091-M    Document 1-1    Filed 09/24/21    Page 2 of 35    PageID 18

# KNOWLEDGISM



## The World is Changing and the Knowledge Era Prepared?

We are living in a time of unprecedented change, and the only way to ever-increasing amounts of Knowledge

"The illiterate of the 21st century will not be those who cannot read and write, but relearn." — Alvin Toffler

**I want to know more!**

# Knowledgism will help you stay on top of the latest trends and developments so that you can be better prepared for what's coming next.

Knowledge is power, but knowledge without action does not produce results.

That's why we provide practical solutions of training and coaching that will allow you to take advantage of new opportunities in the era of Knowledge.

Our book is a great introduction to the powerful ideas of Alan C. Walter, practical ideas you can start using today.

**Download a free chapter of the book: "The Secrets to Increasing your Power, Wealth and Happiness"**



| 👤 First name* |
|---|
| ✉ Email* |
| 📞 Cellphone with country code (optional) |

**I'M INTERESTED**



*Alan C. Walter arriving to the United States*

The Knowledgism website is dedicated to the writings and recordings of Alan C. Walte

The philosophy and techniques which resulted from his work make it possible      yo

achieve success in any area of life – whether it be Spiritual, Mental or Physica.

It is our hope that we can help you become the person you want to become so you can l

## "We want for you what you want for you

## If you're ready for a change, attend one of our events!

You won't regret it! We will teach you everything you need to know about achieving success in all aspects of your life from business, relationships, health, fitness and more.

The best way to learn about anything new is by doing it yourself! That's why we offer practical exercises at our events that will help change your life forever.

*You'll walk away from our events knowing exactly what steps need to be taken next on your journey towards success!*

### Upcoming Events

OCT
**5**
10:00 am - 12:00 pm
**How to Start your Online Coaching Business (October 2021)**

NOV
**10**
8:00 am - 1:00 pm
**Life Enhancement Course (November 2021)**

DEC
**4**
All day
**Vital Fundamentals (December 4 to 11 2021)**

View Calendar

## Products from the Bookstore

NEW TO KNOWLEDGISM

## Introduction to Processing (E-Book)

**$ 17.00** usd

ADVANCED MATERIALS

## Knowledgism Dictionary

**$ 97.00** usd

NEW TO KNOWLEDGISM

The Secrets To Increasi

Wealth and Happiness

**$ 9.99 – $ 19.95** usd

## Articles from Alan C. Walter



## Two Basic Laws to Mastering the Games of Life

There are two Basic Laws or two Vital Fundamentals that must be thoroughly understood in order to put in and keep in place

READ MORE »

Alan C. Walter



## The Secret Formula to Living a Successful, Prosperous, Happy Life for Y

There is a secret to creating and maintaining a passionate, successful, prosperous, fun filled, gloriously happy l      ith
yourself,

READ MORE »

Alan C. Walter



## The Zones and Your Will

The "Zones" in their broadest focus encompass the Formless Spiritual Essence and the  Formless Substance and spiritually in optimum "life" to a living

READ MORE »

Alan C. Walter



Case 7:21-cv-00091-M   Document 1-1   Filed 09/24/21   Page 9 of 35   PageID 25



## The Zones and The Stock Market

I have never discussed with you the History of how the Red- Yellow-Green-Gold Zones were discovered. They originally ste studying "How to invest in

READ MORE »

Alan C. Walter



Case 7:21-cv-00091-M   Document 1-1   Filed 09/24/21   Page 10 of 35   PageID 26



## The Source Points of Getting Rich

The source points of getting rich are:     You being FULLY PRESENT with the ability to REACH without     any restrain
the     full effects of the consequences of

READ MORE »

Alan C. Walter



9/23/21, 11:39 AM
Knowledgism - Anyone seeking a better life through increased knowledge is part of the knowledge era
Case 7:21-cv-00091-M   Document 1-1   Filed 09/24/21   Page 11 of 35   PageID 27



## The Secret of Getting Clients and Students Gains

The secret of handling the clients and students is getting the client or student wins he or she can have in the world he or she is

READ MORE »

Alan C. Walter



## The Prime Targets of Great People

The prime targets of great people are anyone who can cause more presence, more creativity, more love, more truth, more har[...]
responsibility, more control, more

READ MORE »

Alan C. Walter



## The Power of Omni-Sovereignty

When you adopt an omni-sovereign position you become at-one with the "infinities": You powerfully connect up [...]our i[...]
infinite abilities, infinite cleverness, infinite strength, and

Case 7:21-cv-00091-M   Document 1-1   Filed 09/24/21   Page 13 of 35   PageID 29

READ MORE »

Alan C. Walter



## The Perfect Or Ultimate Game

What is the PERFECT or ULTIMATE GAME? 1. It is what you really love and want to do, with the people whom you want

READ MORE »

Alan C. Walter



## The Pathway To Greater Presence, Success, Prosperity And Happiness! –

As you rise up the Zones – each successful step you take – leads you closer and closer to greater presence, success, prosperity

READ MORE »

Alan C. Walter





## The Law Of An Honest Effective Observation

The law of an honest effective observation is: YOU ARE ALWAYS DOING WHAT YOU ARE INTENDING TO DO, WHE
OBSERVE EXACTLY WHAT

READ MORE »

Alan C. Walter



## The Keys To Soul, Reach And Wealth Restoration And Enhancement

DO WHAT YOU KNOW YOU SHOULD DO!  Possibly the most self-restoring soul, reach and wealth enhancing action is:
BRAVELY TAKING RESPONSIBILITY AND ACTION TO

READ MORE »

Alan C. Walter

© 2021 Applied Knowledge, LLC. All Rights Reserved. Protected by copyright laws of the United States and
international treaties. This material may not be published, broadcast, rewritten, or redistributed. However,
linking directly to these pages is permitted and encouraged.



MY ACCOUNT    TERMS OF USE    PRIVACY POLICY

# Exhibit 2

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Sep 23 03:47:22 EDT 2021*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [ ] OR Jump to record: [ ] **Record 1 out of 3**

TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# KNOWLEDGISM

| | |
|---|---|
| **Word Mark** | **KNOWLEDGISM** |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Digital media, namely, pre-recorded video cassettes, digital video discs, digital versatile discs, downloadable audio and video recordings, DVDs, and high definition digital discs featuring information in the fields of philosophy, spirituality, self-help, and personal empowerment subject matters; downloadable electronic books featuring information in the fields of philosophy, spirituality, self-help, and personal empowerment subject matters; downloadable electronic books and manuals for mobile devices, personal computers, consoles and tablets featuring information in the fields of philosophy, spirituality, self-help, and personal empowerment subject matters. FIRST USE: 19920000. FIRST USE IN COMMERCE: 19920000

IC 016. US 002 005 022 023 029 037 038 050. G & S: Printed matter, namely, books and booklets featuring information in the fields of philosophy, spirituality, self-help, and personal empowerment subject matters. FIRST USE: 19920000. FIRST USE IN COMMERCE: 19920000 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 87324847 |
| **Filing Date** | February 5, 2017 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 27, 2017 |
| **Registration Number** | 5284939 |

| | |
|---|---|
| **Registration Date** | September 12, 2017 |
| **Owner** | (REGISTRANT) Applied Knowledge, LLC LIMITED LIABILITY COMPANY WYOMING 1400 Camp Letoli Rd STE 101 Saint Jo TEXAS 76265 |
| **Prior Registrations** | 3135530 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST

FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# Exhibit 3



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Sep 23 03:47:22 EDT 2021*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout Please logout when you are done to release system resources allocated for you.

Start   List At: [　　　]   OR   Jump   to record: [　　　]   **Record 2 out of 3**

TSDR    ASSIGN Status    TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# KNOWLEDGISM

| | |
|---|---|
| **Word Mark** | **KNOWLEDGISM** |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Educational Services, namely providing seminars and courses in the field of time management and interpersonal skills, and distribution of course material in connection therewith, namely, instructional books, periodicals, bulletins, and brochures; providing online classes via a web page over a global computer information network in the field of time management and interpersonal skills. FIRST USE: 19910930. FIRST USE IN COMMERCE: 19920301 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78695651 |
| **Filing Date** | August 18, 2005 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 6, 2006 |
| **Registration Number** | 3135530 |
| **Registration Date** | August 29, 2006 |
| **Owner** | (REGISTRANT) ADVANCED COACHING & LEADERSHIP CENTER CORPORATION TEXAS Route 1, Box 134 Saint Jo TEXAS 76265 |

(LAST LISTED OWNER) APPLIED KNOWLEDGE, LLC LIMITED LIABILITY COMPANY WYOMING 1400 Camp Letoli Rd STE 101 Saint Jo TEXAS 76265

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20170204. |
| **Renewal** | 1ST RENEWAL 20170204 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST

FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# Exhibit 4

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Sep 23 03:47:22 EDT 2021*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# ALAN C. WALTER

| | |
|---|---|
| **Word Mark** | ALAN C. WALTER |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Digital media, namely, pre-recorded video cassettes, digital video discs, digital versatile discs, downloadable audio and video recordings, DVDs, and high definition digital discs all containing matter pertaining to the fields of philosophy, spirituality, self-help, and personal empowerment subject matters; downloadable electronic books of matter pertaining to the fields of philosophy, spirituality, self-help, and personal empowerment subject matters; downloadable electronic books and manuals for mobile devices, personal computers, consoles and tablets in the fields of philosophy, spirituality, self-help, and personal empowerment subject matters. FIRST USE: 19840000. FIRST USE IN COMMERCE: 19840000 |
| | IC 016. US 002 005 022 023 029 037 038 050. G & S: Printed matter, namely, books and booklets pertaining to the fields of philosophy, spirituality, self-help, and personal empowerment subject matters. FIRST USE: 19840000. FIRST USE IN COMMERCE: 19840000 |
| | IC 041. US 100 101 107. G & S: Educational services, namely, conducting courses, coaching, processing, workshops, on-line classes and seminars pertaining to the fields of philosophy, spirituality, self-help, and personal empowerment subject matters; providing a web site featuring information, non-downloadable audios and videos pertaining to the fields of philosophy, spirituality, self-help, and personal empowerment subject matters. FIRST USE: 19840000. FIRST USE IN COMMERCE: 19840000 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86310817 |
| **Filing Date** | June 16, 2014 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for** | June 23, 2015 |

| | |
|---|---|
| **Opposition** | |
| **Registration Number** | 4937427 |
| **Registration Date** | April 12, 2016 |
| **Owner** | (REGISTRANT) Applied Knowledge, LLC LIMITED LIABILITY COMPANY WYOMING 1400 Camp Letoli Rd STE 101 Saint Jo TEXAS 76265 |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name "ALAN C. WALTER" does not identify a living individual. |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |
|---|---|---|---|---|---|---|---|

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# Exhibit 5

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 8-951-044

**Effective Date of Registration:**
March 21, 2021
**Registration Decision Date:**
April 09, 2021

---

## Title

**Title of Work:** Vital Fundamentals of Life Processing Course - 1

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** June 30, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Alan C. Walter
  **Author Created:** text, compilation of component works
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1935
  **Year Died:** 2009

## Copyright Claimant

**Copyright Claimant:** Applied Knowledge, LLC
1400 Camp Letoli Road, Saint Jo, TX, 76265, United States
**Transfer statement:** Inheritance by Ceil Stanford from Alan C. Walter. By assignment from Ceil Stanford to Claimant

## Limitation of copyright claim

**Material excluded from this claim:** text from previously-published versions of component works

**New material included in claim:** text of component works, compilation of component works

## Certification

**Name:** David E. Rogers
**Date:** March 21, 2021

# Exhibit 6

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 8-951-041

**Effective Date of Registration:**
March 21, 2021
**Registration Decision Date:**
April 09, 2021

## Title
_____

**Title of Work:**   Vital Fundamentals of Life Processing Course - 2

## Completion/Publication
_____

**Year of Completion:** 2009
**Date of 1st Publication:** December 31, 2015
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Alan C. Walter
  **Author Created:** new text, compilation of component works
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1935
  **Year Died:** 2009

## Copyright Claimant
_____

**Copyright Claimant:** Applied Knowledge, LLC
1400 Camp Letoli Road, Saint Jo, TX, 76265, United States
**Transfer statement:** Inheritance by Ceil Stanford from Alan C. Walter. By assignment from Ceil
Stanford to Claimant

## Limitation of copyright claim
_____

**Material excluded from this claim:** text from previously-published versions of component works

**New material included in claim:** text of component works, compilation of component works

## Certification
_____

**Name:** David E. Rogers
**Date:** March 21, 2021

# Exhibit 7

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## TX 8-951-032

**Effective Date of Registration:**
March 21, 2021
**Registration Decision Date:**
April 09, 2021

---

## Title

|  |  |
|---|---|
| **Title of Work:** | Vital Fundamentals of Life Processing Course - 3 |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2009 |
| **Date of 1st Publication:** | June 30, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | Alan C. Walter |
| **Author Created:** | text, compilation of component works |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Year Born:** | 1935 |
| **Year Died:** | 2009 |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Applied Knowledge, LLC |
| | 1400 Camp Letoli Road, Saint Jo, TX, 76265, United States |
| **Transfer statement:** | Inheritance by Ceil Stanford from Alan C. Walter. By assignment from Ceil Stanford to Claimant |

## Limitation of copyright claim

|  |  |
|---|---|
| **Material excluded from this claim:** | text from previously-published versions of component works |
| **New material included in claim:** | text of component works, compilation of component works |

## Certification

|  |  |
|---|---|
| **Name:** | David E. Rogers |
| **Date:** | March 21, 2021 |

# Exhibit 8

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## TX 8-951-049

**Effective Date of Registration:**
March 21, 2021
**Registration Decision Date:**
April 09, 2021

## Title
_____

**Title of Work:** Vital Fundamentals of Life Processing Course - 4

## Completion/Publication
_____

**Year of Completion:** 2009
**Date of 1st Publication:** December 31, 2015
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Alan C. Walter
**Author Created:** new and revised text, compilation of component works
**Work made for hire:** No
**Citizen of:** United States
**Year Born:** 1935
**Year Died:** 2009

## Copyright Claimant
_____

**Copyright Claimant:** Applied Knowledge, LLC
1400 Camp Letoli Road, Saint Jo, TX, 76265, United States
**Transfer statement:** Inheritance by Ceil Stanford from Alan C. Walter. By assignment from Ceil
Stanford to Claimant

## Limitation of copyright claim
_____

**Material excluded from this claim:** text from previous versions of component works

**New material included in claim:** text of component works, compilation of component works

## Certification
_____

**Name:** David E. Rogers
**Date:** March 21, 2021

**Exhibit 9**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-951-047**

**Effective Date of Registration:**
March 21, 2021
**Registration Decision Date:**
April 09, 2021

## Title

**Title of Work:** Vital Fundamentals of Life Processing Course - 5

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** December 31, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Alan C. Walter
  **Author Created:** new and revised text, compilation of component works
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1935
  **Year Died:** 2009

## Copyright Claimant

**Copyright Claimant:** Applied Knowledge, LLC
1400 Camp Letoli Road, Saint Jo, TX, 76265, United States
**Transfer statement:** Inheritance by Ceil Stanford from Alan C. Walter. By assignment from Ceil Stanford to Claimant

## Limitation of copyright claim

**Material excluded from this claim:** text from previously-published versions of component works

**New material included in claim:** text of component works, compilation of component works

## Certification

**Name:** David E. Rogers
**Date:** March 21, 2021